CASE STUDY

**The Challenge**
Deter theft at retail stores by improving video security systems

**The Solution**
Switch from an analog to an IP security solution with megapixel cameras



**Customer Name:**
Goodwill of Silicon Valley

**Vertical Market:**
Non-Profit, Retail

**Location:**
San Jose, California

**Date:**
February 2011

**Products:**
SC Black NVR & Megapixel Cameras

# For Goodwill Industries, Sometimes *Less* is More…

**SC Black Chosen for Competitive Pricing and Enterprise-level Features**

Goodwill Industries of Silicon Valley (GWSV) helps the San Jose community's unemployed become employed. Founded in Santa Clara County in 1926, GWSV is part of Goodwill Industries International, one of the largest social service organizations in the world. GWSV is dedicated to improving employment opportunities, increased standards of living, economic independence, and restoring its clients' self value. They accomplish this through workforce creation, vocational training and environmental stewardship.

Unfortunately, as happens in many retail situations, employee theft started increasing at GWSV's 15 stores. In September 2010, Security Manager Nandor Fejer took the initiative to upgrade the stores' video security system. New cameras would be needed inside the warehouse as well as the stores, at the cash registers, and at the loading docks. In addition, they needed sharper picture resolution, a 360-degree view inside the stores, and complete networkability. But the community-based aid organization was reluctant to mount a large number of noticeable -- and expensive -- cameras in all these locations.

Luckily, Nandor knew just who to contact to solve their dilemma – Supercircuits.

Nandor had worked with Supercircuits many times in the past, purchasing and installing Goodwill's current analog video systems. Because of the great relationship he built and the superior customer support he received during previous projects, Nandor was confident Supercircuits would recommend the perfect solution to improve the level of security throughout their stores.

Once again, Supercircuits delivered. Not only did they come up with a security system that's affordable, but one that was unobtrusive, easy to install, and provided markedly improved picture clarity, even in digital zoom mode.

Continued on page 2 ➜

© Copyright 2011 Supercircuits, Inc

Supercircuits
11000 N. MoPac Expressway #300
Austin, Texas 78759
1-800-335-9777
www.supercircuits.com

**SUPER|CIRCUITS**
Trusted Video Security Solutions since 1989

# For Goodwill Industries, Sometimes *Less* is More...

### Zooming In On the Problem

Goodwill of Silicon Valley needed specifically to improve the picture quality of their security video, especially when zooming in on the cash registers.  It's there that even the smallest, seemingly innocent gesture by an unscrupulous employee might be disguising a slight of hand trick to steal cash.

Supercircuits representative Cid Fragoso recommended to Nandor that GWSV transition from an analog system to an IP (web accessible) system using Megapixel security cameras -- specifically the SC Black NVR and indoor 1.3 Megapixel IP dome security cameras.

This system offers exceptional performance at an extremely competitive price. The Megapixel cameras deliver clear high-definition video images, meeting even the highest expectations of Nandor and the Goodwill team.  These cameras provide the best picture quality available, capturing a super high-resolution image and allowing users to digitally zoom in on specific details with greater clarity and integrity while reviewing video.  Megapixel security camera technology is perfect for capturing clean and identifiable facial shots after the fact, without having to use high power zoom lenses.

The fundamental difference between an IP based and an analog system is that IP systems are truly digital. The camera takes on the role of a DVR for compression, video motion detection, and image adjustments, and transmits a fully digital stream back to the recorder across the IP network. IP recording software may offer some additional features, but the camera does most of the work.

### Saving Time and Money – It's a GOOD Thing

GWSV did not want to incur the time and expense of installing multiple cameras, so Cid recommended the dome system, capable of housing four cameras inside.

"We are very happy with the new IP system because not only was it easy to install, it has an extremely user-friendly interface," says Nandor.  "The increased resolution is exactly what we need to prevent employee theft and monitor productivity."

"With the IP system, our installation time and costs have been cut in half.  Installation was easier because before we switched to IP, we had to install 8 and 16 camera analog systems," he added.

Currently, GWSV has installed Supercircuits IP security solutions with Megapixel cameras in three of their 15 retail locations and will be completing the transition in the remaining 12 stores over the next few months.

**For more information on this case study or to read additional case studies, go to www.supercircuits.com/CaseStudies** ➔

> "We are very happy with the new IP system because not only was it easy to install, it has an extremely userfriendly interface"
>
> - Nandor Fejer, Security Manager

© Copyright 2011 Supercircuits, Inc

Supercircuits
11000 N. MoPac Expressway #300
Austin, Texas 78759
1-800-335-9777
www.supercircuits.com

SUPER|CIRCUITS
Trusted Video Security Solutions since 1989